# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JESSE KASKY, pro se and as next friend to S.M.,**

          **Plaintiffs,**

**-vs-**                                      **Case No. 6:10-cv-1115-Orl-22DAB**

**AMY MCLOUGHLIN, VIVIAN MCLOUGHLIN, KEVIN MCLOUGHLIN, BRIAN FERNANDEZ, GREGORY COLVIN,**

          **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **MOTION TO PROCEED IN FORMA PAUPERIS (Doc. No. 17)**
>
> **FILED:**      **December 27, 2010**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff appeals Chief Judge Conway's order (Doc. 13) dismissing the claims in the Amended Complaint against state Judge Don F. Briggs, and non-constitutionally based claims against other individuals, including his ex-wife, her family members, and her attorney[1]. Plaintiff was granted leave

---

[1] Judge Conway also dismissed claims against Plaintiff's former attorney, who was not named as a defendant in the original complaint and for whom leave was not granted to assert new claims. Doc. 13 at 4.

to amend his Amended Complaint by December 30, 2010 to re-allege the "apparent constitutional claims with the requisite specificity." Doc. 13. On December 29, 2010, Plaintiff filed his "Final Amended Complaint." Doc. 19.

Two days prior to filing the "Final Amended Complaint," on December 27, 2010, Plaintiff filed a Notice of Appeal and a Motion to Proceed In Forma Pauperis on appeal. Docs. 16, 17.

Plaintiff's Notice of Appeal states:

Notice is hereby given that Jesse Adam Kasky appeals to [the] District Court of Appeals Fifth District[2], the order of this Court rendered Order Dismissing Case [containing order dismissing Rule 59(e) Motion as moot] 11-24-2010. The nature of the order is a final order dismissing with prejudice the parties [Judge] Don F. Briggs and Kenneth Gallagher and state tort claims directly related to violations of Plaintiff's constitutional protected liberty interest to a parent-child relationship, where said claims include intentional infliction of emotional distress and of which invoke federal jurisdiction.

Doc. 16.

An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). It is respectfully **RECOMMENDED** that the District Court certify that the appeal in this case is not taken in good faith. The order being appealed from is not currently appealable because it is not final, and Plaintiff has filed a "Final Amended Complaint" by the appropriate deadline.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

---

[2]This is a court of appeal within the state courts of Florida. The appropriate Court of Appeals for an appeal from this Court is the Eleventh Circuit Court of Appeals.

Recommended in Orlando, Florida on January 3, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Unrepresented Party
Courtroom Deputy