**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESSE KASKY, pro se and as next friend to S.M.,**

        **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-1115-Orl-22DAB**

**AMY MCLOUGHLIN, VIVIAN MCLOUGHLIN, KEVIN MCLOUGHLIN, BRIAN FERNANDEZ, GREGORY COLVIN,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on Motion for Leave to Appeal in Forma Pauperis (Doc. No. 38) filed on October 17, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied .

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Plaintiff reasserts its previously raised arguments that the Honorable Don Briggs should not be entitled to judicial immunity in the underlying claim and that constitutional violations were committed by Defendants, who are private parties. (Doc. No. 40). To the extent Plaintiff, in his

objections, continues to re-argue previously decided decisions in the present case, those objections are overruled.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 39), filed October 19, 2011, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court certifies that Defendant's appeal *in forma pauperis* is not taken in good faith. 28 U.S.C. § 1915(a)(3).

3. Plaintiff's "Written Objections to Report and Recommendation Filed on 10-19-2011" (Doc. No. 40), filed on October 31, 2011, are **OVERRULED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 4, 2011.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party